932 F.2d 1443
 HORACE MANN INSURANCE COMPANY, Plaintiff-Appellee,
v.
UNITED INTERNATIONAL INSURANCE COMPANY, Defendant-Appellant.
 No. 90-7435.
 United States Court of Appeals,
Eleventh Circuit.
 June 10, 1991.
 
 Rushton, Stakely, Johnston & Garrett, P.A., Robert A. Huffaker, Montgomery, Ala., for defendant-appellant.
 Ball, Ball, Matthews & Novak, P.A., Clyde C. Owen, Jr., Montgomery, Ala., for plaintiff-appellee.
 Appeal from the United States District Court for the Middle District of Alabama; Myron H. Thompson, Chief Judge.
 Before JOHNSON and COX, Circuit Judges, and MORGAN, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 The judgment is AFFIRMED for the reasons set forth in the memorandum opinion of the district court reported at 762 F.Supp. 1470.